```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PAMELA SMITH,

                Plaintiff,

    -v-

PACERMONITOR, LLC, *et al.*,

                Defendants.

------------------------------------------------------------X

**TRANSFER ORDER**

19-CV-11849 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Having received no objections to the Court's Transfer Order dated February 12, 2020 (Dkt. No. 9), the Court concludes that it is in the interest of justice for this case to be transferred to the Northern District of Oklahoma in accordance with 28 U.S.C. § 1404(a). Accordingly, the Court hereby orders that this case be transferred to the Northern District of Oklahoma.

The Clerk of Court is respectfully directed to transmit the docket in this case to the Northern District of Oklahoma.

**SO ORDERED.**

Dated: March 20, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge